**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SARAH COX**
**DEBTOR**

**CASE NO:25-02011-JAW**
**CHAPTER 13**

TO: Torri Parker Martin
N. Congress St, Ste 400
Jackson MS 39296

Asst. US Trustee
501 East Court St, Ste 6-430
Jackson, MS 39201

All Creditors

**NOTICE OF FILING MOTION TO REINSTATE CHAPTER 13 CASE**

**YOU ARE HEREBY NOTIFIED** THAT the above-named Debtor has filed with the Bankruptcy Court a Motion to Reinstate Chapter 13 Case.

**YOU ARE HEREBY NOTIFIED** that any objections to this proposed Motion to Reinstate Chapter 13 Case should be filed by writing, pleading with the Court with a copy to the Trustee within twenty-one (21) days of the date of this Notice. If no objection is timely filed, the Court may approve the Motion to Reinstate Chapter 13 Case.

**DATED THIS THE** 15th day of May 2026.

/s/ EDWIN WOODS, JR.
EDWIN WOODS, JR., MSB# 8893
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

The undersigned attorney for the above listed debtor, do hereby certify that I have this date electronically submitted a true and correct copy of the above and foregoing Motion to Reinstate Chapter 13 Case to Torri Parker Martin, Chapter 13 Trustee, 200 North Congress St, Ste 400, Jackson, MS 39201, the U.S. Trustee, 501 East Court St, Ste 6-430, Jackson, MS 39201. I also certify that I have this date mailed a true and correct copy of the above and foregoing Motion to Reinstate Chapter 13 Case to all creditors on the attached mailing matrix

**THIS THE** 15th day of May 2026.

S/ Edwin Woods, Jr.
EDWIN WOODS, JR., MSB# 8893
120 SOUTHPOINTE DR, STE A
BYRAM, MS 39272
(601) 353-5000
ATTORNEY FOR DEBTOR

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SARAH COX**
**DEBTOR**

**CASE NO:25-02011-JAW**
**CHAPTER 13**

**MOTION TO REINSTATE CHAPTER 13 CASE**

The Debtors, Alan M. Walter and Cheryl D. Walter, through counsel, and files this Motion to Reinstate Chapter 13 case and in support thereof would show into this Honorable Court the following:

1.

The Debtor filed a Chapter 13 bankruptcy case on April 18, 2025.

2.

This case was dismissed on May 14, 2026, for failure to make Trustee payments (DK#32).

3.

The Debtor has sufficient funds to send to the Trustee who will have money on hand for Case to be disbursed to her creditors.

4.

Should this case be reinstated, the automatic stay shall be reimposed, and any arrears be put through the Plan.

Thus, the Debtor prays that the Court will reinstate her Chapter 13 case and reimpose the automatic stay. The Debtor pray for such additional relief, either general or specific, to which she may be found entitled in the premises.

This is the 15th day of May 2026.

Respectfully submitted,

SARAH COX

BY: /s/ EDWIN WOODS, JR.
EDWIN WOODS, JR., MSB# 8893
ATTORNEY FOR DEBTOR

OF COUNSEL:

EDWIN WOODS, JR.,
BOND, BOTES & WOODS& DRUMMOND P.C.
120 SOUTHPOINTE DR, STE A
BYRAM, MS 39272
Telephone: 601/353-5000
Facsimile: 601/326-2679

## CERTIFICATE OF SERVICE

The undersigned attorney for the above listed debtor, do hereby certify that I have this date electronically submitted a true and correct copy of the above and foregoing Motion to Reinstate Chapter 13 Case to Torri Parker Martin, Chapter 13 Trustee, 200 North Congress St, Ste 400, Jackson, MS 39201, the U.S. Trustee, 501 East Court St, Ste 6-430, Jackson, MS 39201. I also certify that I have this date mailed a true and correct copy of the above and foregoing Motion to Reinstate Chapter 13 Case to all creditors on the attached mailing matrix

**THIS THE** 15th day of May 2026.

/s/ EDWIN WOODS, JR.
EDWIN WOODS, JR., MSB #8893
BOND, BOTES & WOODS, P.C.

Label Matrix for local noticing
0538-3
Case 25-02011-JAW
Southern District of Mississippi
Jackson-3 Divisional Office
Fri May 15 14:11:52 CDT 2026

CRESCENT BANK
PO BOX 1149
GRAPEVINE, TX 76099-1149

ECMC
PO Box 16408
St. Paul, MN 55116-0408

U.S. Bank Trust National Association, as Tru
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071-1570

U.S. Bankruptcy Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201-5036

(p)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Cornerstone
Po Box 53087 Ste 100
Phoenix, AZ 85072-3087

Cornerstone
c/o US Attorney
501 E Court St Ste 4.430
Jackson, MS 39201-5025

Crescent Bank
Attn: Bankruptcy
PO Box 61813
New Orleans, LA 70161-1813

Fst Premier
3820 N Louise Ave
Sioux Falls, SD 57107-0145

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MOHELA on behalf of
Ascendium Education Solutions Inc
PO BOX 8961
Madison, WI 53708-8961

Mohela
c/o US Attorney
501 E Court St Ste 4.430
Jackson, MS 39201-5025

Mohela/navient
633 Spirit Drive
Chesterfield, MO 63005-1243

Natalie Kareda Brown, Esq.
Rubin Lublin, LLC
Atty for US Bank Trust NA as Trustee for
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071-1570

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)SN SERVICING CORPORATION
323 FIFTH ST
EUREKA CA 95501-0305

U.S. Bank Trust National Association, as Tru
C/O SN SERVICING CORP
323 Fifth Street
Eureka, CA 95501-0305

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022

Edwin Woods Jr
Bond & Botes of Mississippi, P.C.
120 Southpointe, Suite A
Byram, MS 39272-5586

Sarah Cox
255 Valley View Lane
Vicksburg, MS 39183-2041

Torri Parker Martin
Torri Parker Martin, Chapter 13 Bankrupt
200 North Congress Street, Ste. 400
Jackson, MS 39201-1902

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

REDIT ACCEPTANCE CORPORATION
5505 W 12 MILE RD
OUTHFIELD, MI 48034

Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

SN Servicing Corp
323 5th Street
Eureka, CA 95501

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)CRESCENT BANK
P O Box 1149
Grapevine TX 76099-1149

(d)ECMC
PO Box 16408
St. Paul, MN 55116-0408

End of Label Matrix
Mailable recipients 22
Bypassed recipients 2
Total 24